IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

PATRICIA L. RINGGOLD, )
               Plaintiff, )
vs. ) No. CIV-14-524-W
CAROLYN W. COLVIN, Acting )
Commissioner of the Social Security )
Administration, )
               Defendant. )

## ORDER

On May 12, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter and recommended that the decision of the defendant, Carolyn Colvin, Acting Commissioner of Social Security ("Commissioner"), denying the Application for Disability Insurance Benefits and the Application for Supplemental Security Income filed by plaintiff Patricia L. Ringgold be affirmed. Ringgold was advised of her right to file written objections to the Report and Recommendation, and the matter now comes before the Court on Ringgold's Objections to the Magistrate Judge's Report and Recommendation. See Doc. 24.

The Court has reviewed the record de novo and, in particular, has considered Ringgold's argument that the Administrative Law Judge failed to properly analyze the opinion of Stephanie C. Crall, Ph.d., a consultative psychological examiner, who evaluated Ringgold on February 7, 2013. See Administrative Record at 537-540. Because the Court finds no error has occurred that warrants the requested reversal and remand, the Court concurs with Magistrate Judge Purcell's suggested disposition of this matter. The

Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 22] issued on May 12, 2015;

(2) AFFIRMS the Commissioner's decision to deny Ringgold's Application for Disability Insurance Benefits and her Application for Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 4th day of June, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE